# EXHIBIT A



**From:** Saira Haider <saira.haider@therabodycorp.com>
**Sent:** Wednesday, December 15, 2021 1:36 PM
**To:** cservice@homedics.com; John M. Halan <jhalan@brookskushman.com>; Tom W. Cunningham <tcunningham@brookskushman.com>
**Cc:** Patents <Patents@therabodycorp.com>
**Subject:** DEMAND TO CEASE INFRINGEMENT OF THERABODY(R) UTILITY PATENTS AND DESIGN PATENTS

VIA EMAIL

File No.: HOMEDICS-21

DEMAND TO CEASE INFRINGEMENT OF THERABODY® UTILITY PATENTS AND DESIGN PATENTS AND TRADE DRESS

To Whom It May Concern:

Therabody International Limited, Therabody, Inc., and its affiliates (collectively, "Therabody") expend considerable time, effort and money in researching, developing and protecting its intellectual property. In this regard, Therabody owns unique utility patents and design patents directed to percussive massage devices and attachments for its percussive massage devices.

## I. INFRINGEMENT OF UTILITY PATENTS AND DESIGN PATENTS

Therabody's patents and design registrations directed to percussive massage devices and attachments for its percussive massage devices include U.S. Patent Nos. 10,702,448, 10,857,064, 11,160,722, D849,260, including but not limited to the patents and design registrations listed under "Patents and Design Registrations" on www.therabody.com and www.theragun.com (collectively, "Percussive Massage Patents").

It has recently come to our attention that HOMEDICS and/or its affiliates (collectively, "You" or "Your") are manufacturing, using, offering to sell, importing and/or selling percussive massage devices at www.HOMEDICS.COM which appears to infringes one or more of the the Percussive Massage Patents. The infringing percussive massage devices and attachments are shown in the below EXHIBIT A and are referred to by You, in one instance, as the "**Therapist Select DuoTemp Pro Percussion Massager**" (collectively, the "Infringing Device").

Under the patent laws of most countries, including the U.S., whoever, without authority, makes, uses, sells, and/or imports any patented invention is an infringer. In addition, a patent owner may obtain injunctive relief against infringers, and under U.S. laws, may recover up to three times the amount of money damages found adequate to compensate for the infringement and the infringer's profits. In exceptional cases, under U.S. laws, the patent owner is entitled to recover attorneys' fees in patent enforcement proceedings.

Therabody has not licensed any of its Percussive Massage Patents to You.  Accordingly, Your making, offering for sale, using, importing, and/or sale of the Infringing Devices constitutes infringement of the Percussive Massage Patents.

## II. INFRINGEMENT OF TRADE DRESS

Therabody's protectable trade dress includes the design of its percussive massage device and use of a distinctive blue color in presenting its trademarks, in its marketing and advertising, and on its percussive massage devices, as the images below show.  As a result of the use of its distinctive blue color, Therabody has developed trade dress rights in the blue color as applied to its percussive massage devices and packaging, including as shown in the images below (collectively, the "Trade Dress").  The Trade Dress is uniquely associated with Therabody and its percussive massage devices and packaging and is relied on by the public as an indicator of the origin and quality of Therabody's percussive massage devices and packaging.



It has recently come to our attention that You are using a trade dress that is confusingly similar to Therabody's Trade Dress with Your Infringing Device shown in the attached EXHIBIT A (collectively, "Infringing Trade Dress").  Your use of the Infringing Trade Dress, or other similar trade dress, is likely to cause confusion, to cause mistake, or to deceive consumers as to:
(i) the origin of Your Infringing Device;
(ii) the existence of a relationship or affiliation, license, sponsorship, or endorsement between You and Therabody; and/or
(iii) the belief that Your products are licensed, sponsored, or endorsed by Therabody.
There is no relationship or affiliation, license, sponsorship, or endorsement between Therabody and You as it relates to Therabody's Trade Dress and Your Infringing Trade Dress.

Under U.S. law, a trade dress owner may recover an infringer's profits from the infringing conduct or up to three times its actual damages, and, in exceptional cases, may recover attorneys' fees in trade dress enforcement proceedings.  Your continued use of the Infringing Trade Dress and any trade dress nearly identical to Therabody's Trade Dress is likely to cause irreparable injury and significant damage to Therabody.  Accordingly, Your conduct constitutes infringement of Therabody's exclusive rights in its Trade Dress.

## III. DEMAND TO CEASE & DESIST INFRINGEMENT

Therabody has not licensed any of its Percussive Massage Patents or Therabody's Trade Dress to You.  Accordingly, Your making, offering for sale, using, importing, and/or sale of the Infringing Devices constitutes infringement of the Percussive Massage Patents and Therabody's Trade Dress.

Accordingly, we demand that You immediately:

1. Cease and permanently discontinue all manufacture, offer for sale, sale, use and/or importation of the Infringing Devices, including any and all infringing percussive massage devices;

2. Voluntarily surrender Your entire inventory of the Infringing Devices, including any and all infringing percussive massage devices;

3. Provide all advertising, order forms and promotional materials that refer to or show the Infringing Devices, including any and all infringing percussive massage devices;

4. Advise us in writing within 3 calendar days of the date of this letter of Your compliance with the foregoing and furnish us with the following information for each product that infringes on Therabody Percussive Massage Patents and Therabody's Trade Dress:

(a) The number of items manufactured, sold, used and/or imported, and the sales price, the cost, the number in inventory, the number in transit and the number on order of such items.

(b) The source and/or supplier of the product being sold or previously sold; including the name, address, telephone number, email addresses and contact persons of each source and supplier.

(c) The names, addresses, telephone numbers, email addresses and contact persons of each and every customer.

(d) The names and addresses of any affiliated company or business.

**We consider Your conduct to be a serious violation of our rights and to be very damaging to our business and its reputation.  Please take notice that if we do not receive appropriate written assurances from You within 3 calendar days of the date of this letter, we will have no choice but to seek all appropriate legal remedies available in law or equity to ensure that all infringing actions have ceased.**

This letter is made for compromise purposes only and shall not be admissible for any purpose in any legal proceeding.  Nothing in this letter shall be construed as a waiver of any right or remedy possessed by Therabody or any other affected party, all of which are expressly reserved.

Regards,

Saira B. Haider
Sr. Counsel, Intellectual Property & Commercial Transactions
Therabody, Inc.

CC:   Benjamin Nazarian
Jonathan Feldman, Esq.

EXHIBIT A:



----
**Saira B. Haider**
Sr. Counsel, Intellectual Property & Commercial Transactions | Therabody
P • 646-406-4889
E • <saira.haider@therabodycorp.com>
www.Therabody.com

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

4