**PARKER IBRAHIM & BERG LLP**
BRYANT S. DELGADILLO (CA Bar No. 208361)
Bryant.delgadillo@piblaw.com
MATTHEW S. HENDERSON (CA Bar No. 274252)
matthew.henderson@piblaw.com
695 Town Center Drive, 16th Floor
Costa Mesa, California 92626
Tel:  (714) 361-9550
Fax: (714) 784-4190

Attorneys for Plaintiff Therabody, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERABODY, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>HOMEDICS USA, LLC; FKA DISTRIBUTING CO., LLC d/b/a HOMEDICS, LLC and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 2:21-cv-09882-JWH-AS<br><br>**JOINT NOTICE OF SETTLEMENT OF ENTIRE ACTION**<br><br>**Pending Deadlines:**<br><br>**Filing of Joint Rule 26(f) Report: August 5, 2022**<br><br>**Scheduling Conference:**<br>**Date; August 19, 2022**<br>**Time: 11:00 a.m.**<br>**Ctrm: 9D** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 40-2, Plaintiff Therabody, Inc. ("**Therabody**" or "**Plaintiff**") and Defendants HoMedics USA, LLC and FKA Distributing Co., LLC d/b/a HoMedics LLC (collectively "**HoMedics**" or "**Defendants**") have agreed to a settlement of this matter which will dispose of all claims and issues raised in Plaintiff's Complaint. The parties need additional time to document and perform under the settlement. The parties anticipate completing the terms of the settlement within 60 days. Once the terms of the settlement agreement are performed, the parties will file a stipulation of dismissal disposing of the entire case.

Therefore the parties respectfully request that all pending deadlines and all other scheduled dates, including the Scheduling Conference set for August 19, 2022, be taken off calendar while the parties formalize the settlement agreement and performance thereof.

The parties further agree that the Court shall retain jurisdiction to enforce the terms of the settlement agreement if necessary.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DATED: August 4, 2022   PARKER IBRAHIM & BERG LLP


By: _____/s/ Bryant S. Delgadillo_____
    BRYANT S. DELGADILLO
    MATTHEW HENDERSON
    Attorneys for Plaintiff Therabody, Inc.


DATED: August 4, 2022   BROOKS KUSHMAN P.C.


By: _____/s/ Mark A. Cantor_____
    MARK A. CANTOR
    REBECCA J. CANTOR
    MARC LORELLI
    WILLIAM E. THOMPSON
    Attorneys for Defendants HoMedics, LLC
    FKA Distributing Co., LLC d/b/a HoMedics
    LLC


## CERTIFICATION

   I, Bryant S. Delgadillo, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


    _____/s/ Bryant S. Delgadillo_____
    BRYANT S. DELGADILLO

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

*Therabody, Inc. v. HoMedics USA, LLC et al.*
USDC, Central Case No.: 2:21-cv-09882-JWH-AS

I am employed in the County of Orange, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is **Parker Ibrahim & Berg LLP,** 695 Town Center Drive, 16th Floor, Costa Mesa, CA 92626.

On August 4, 2022, I served the foregoing document described **JOINT NOTICE OF SETTLEMENT OF ENTIRE ACTION** on the interested parties in this action.

☒      by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

☐      **BY REGULAR MAIL:** I deposited such envelope in the mail at 695 Town Center Drive, 16th Floor, Costa Mesa, CA 92626.  The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED**

☐      **BY OVERNIGHT MAIL:** I deposited such documents at the Federal Express Drop Box located at 695 Town Center Drive, 16th Floor, Costa Mesa, CA 92626. The envelope was deposited with delivery fees thereon fully prepaid.

☒      **BY ELECTRONIC MAIL:** I served the foregoing document by electronic mail to the email address(es) listed on the service list.

☐      **BY PERSONAL SERVICE:**  I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒      (Federal)  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on August 4, 2022, at Costa Mesa, California.

*/s/ Marian Flores*
Marian Flores

**SERVICE LIST**

*Therabody, Inc. v. HoMedics USA, LLC et al.*
USDC, Central Case No.: 2:21-cv-09882-JWH-AS

| | |
|---|---|
| Marc Lorelli | ***Attorneys for Defendant*** |
| Brooks Kushman PC | ***HoMedics USA, LLC*** |
| 1000 Town Center 22nd Floor | |
| Southfield, MI 48075 | T:  248.358.4400 |
| | F:  248.358.3351 |
| | E:  mlorelli@brookskushman.com |

| | |
|---|---|
| Mark A. Cantor | ***Attorneys for Defendant*** |
| Brooks Kushman PC | ***HoMedics USA, LLC*** |
| 1000 Town Center, 22nd Floor | |
| Southfield, MI 48075 | T:  248.358.4400 |
| | F:  248.358.3351 |
| | E:  mcantor@brookskushman.com |

| | |
|---|---|
| Rebecca J. Cantor | ***Attorneys for Defendant*** |
| Brooks Kushman PC | ***HoMedics USA, LLC*** |
| 1000 Town Center, 22nd Floor | |
| Southfield, MI 48075 | T: 248.358.4400 |
| | F: 248.358.3351 |
| | E: rcantor@brookskushman.com |

| | |
|---|---|
| William E. Thomson , Jr. | ***Attorneys for Defendant*** |
| Brooks Kushman P.C. | ***HoMedics USA, LLC*** |
| 445 South Figueroa Street Suite 3100 | |
| Los Angeles, CA 90071-1635 | T:  213.622.3003 |
| | E: wthomson@brookskushman.com |

**PROOF OF SERVICE**

| | | |
|---|---|---|
| 1 | Marc Lorelli | *Attorneys for Defendant* |
| 2 | Brooks Kushman PC<br>1000 Town Center 22nd Floor | *FKA Distributing Co., LLC doing<br>business as Homedics LLC* |
| 3 | Southfield, MI 48075 | |
| 4 | | T: 248.358.4400<br>F: 248.358.3351 |
| 5 | | E: [mlorelli@brookskushman.com](mailto:mlorelli@brookskushman.com) |
| 6 | | |
| 7 | Mark A. Cantor | *Attorneys for Defendant* |
| 8 | Brooks Kushman PC<br>1000 Town Center, 22nd Floor | *FKA Distributing Co., LLC doing<br>business as Homedics LLC* |
| 9 | Southfield, MI 48075 | |
| 10 | | T: 248.358.4400<br>F: 248.358.3351 |
| 11 | | E: [mcantor@brookskushman.com](mailto:mcantor@brookskushman.com) |
| 12 | | |
| 13 | Rebecca J. Cantor<br>Brooks Kushman PC | *Attorneys for Defendant*<br>*FKA Distributing Co., LLC doing* |
| 14 | 1000 Town Center, 22nd Floor<br>Southfield, MI 48075 | *business as Homedics LLC* |
| 15 | | T: 248.358.4400 |
| 16 | | F: 248.358.3351<br>E: rcantor@brookskushman.com |
| 17 | | |
| 18 | William E. Thomson , Jr.<br>Brooks Kushman P.C. | *Attorneys for Defendant*<br>*FKA Distributing Co., LLC doing* |
| 19 | 445 South Figueroa Street Suite 3100 | *business as Homedics LLC* |
| 20 | Los Angeles, CA 90071-1635 | |
| 21 | | T: 213.622.3003<br>E: wthomson@brookskushman.com |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**PROOF OF SERVICE**